

MARRONE LAW FIRM. LLC

REPLY TO PHILADELPHIA

The Bellevue
200 S. Broad Street. Suite 400
Philadelphia. PA 19102
T: 215-732-6700
F: 215-732-7660
marronelawfirm.com

Joseph M. Marrone
jmarrone@marronelawfirm.com
Admitted in: PA. NJ. NY

Christopher M. Marrone
cmarrone@marronelawfirm.com
Admitted in: PA. NJ

Michael D. Pomerantz
mpomerantz@marronelawfirm.com
Admitted in: PA. NJ

Brian M. Marchese
bmarchese@marronelawfirm.com
Admitted in: PA. NJ

New Jersey Office
Marrone Law Building
532 Route 70 West
2nd Floor
Cherry Hill. NJ 08002
T: 856-342-8200
F: 856-342-8081

Offices in PA  NJ  NY

January 26, 2016

Michael Hollander, Esquire
Community Legal Services
1424 Chestnut Street
Philadelphia, PA 19102-2505

      Re:    Diaz v. Cousins, Inc., et al.
              Case No.:  15-cv-09920

Dear Mr. Hollander:

Enclosed please find the executed Waivers of the Service of Summons with regard to the above-captioned matter.

If there are any questions, do not hesitate to contact this office.

Very truly yours,


Joseph M. Marrone


JMM/lsm
enc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILIO DIAZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | No. 2:15-cv-06620 |
| COUSINS, INC, | : | |
| aka/dba J&J SOUTH PHILLY PIZZA | : | |
| CESARE VILLICO | : | |
| ERNESTO VILLICO | : | |
| GIUSEPPE VILLICO | : | |
| Defendants. | | |

## WAIVER OF THE SERVICE OF SUMMONS

**To: Michael Hollander, Esquire**

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from January 5, 2015, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1/26/16

Signature

Cousins Inc, Cesare Villico, Ernesto Villico
Giuseppe Villico
Name of Party Waiving Service

Printed Name

Joseph Marrone

Bar ID:
Address:

**MARRONE LAW FIRM, LLC**
200 S. BROAD STREET, SUITE 400
PHILADELPHIA, PA  19102

Email:
Telephone:

JMarrone @ MarroneLawFirm.Com
215.732.6700

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILIO DIAZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | No. 2:15-cv-06620 |
| COUSINS, INC, | : | |
| aka/dba J&J SOUTH PHILLY PIZZA | : | |
| CESARE VILLICO | : | |
| ERNESTO VILLICO | : | |
| GIUSEPPE VILLICO | : | |
| Defendants. | | |

## WAIVER OF THE SERVICE OF SUMMONS

**To: Michael Hollander, Esquire**

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from January 5, 2015, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1/26/16

Signature

Cousins Inc, Cesare Villico, Ernesto Villico
Giuseppe Villico
Name of Party Waiving Service

Joseph Marrone
Printed Name

Bar ID:
Address:

**MARRONE LAW FIRM, LLC**
200 S. BROAD STREET, SUITE 400
PHILADELPHIA, PA 19102

Email:
Telephone:

JMarrone@MarroneLawFirm.Com
215.732-6700

2