IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILIO DIAZ,<br><br>             *Plaintiff*,<br><br>      v.<br><br><br>COUSINS, INC., *et al.*,<br><br>             *Defendants*. | CIVIL ACTION<br>NO. 15-06620 |

**ORDER**

**AND NOW**, this 7th day of June, 2016, upon consideration of Defendant Cousins, Inc.'s Motion to Dismiss (ECF No. 11) and Plaintiff Emilio Diaz's Response (ECF No. 12), it is hereby **ORDERED** that the motion is **DENIED**.

                                                                BY THE COURT:


                                                                ***/s/ Gerald J. Pappert***
                                                                GERALD J. PAPPERT, J.