IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILIO DIAZ | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| COUSINS, INC. | : | |
| | | No. 15-6620 |
| | : | |

NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on November 2, 2016. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE *JAMES A. BYRNE U.S. COURTHOUSE*, 601 MARKET STREET, PHILADELPHIA, PA 19106.  PLEASE REPORT TO *ROOM 2609* FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

        Michael E. Kunz
        Clerk of Court


        By: s/Joseph B. Walton
        Joseph B. Walton
        Deputy Clerk
        Phone: 267-299-7073

Date:   July 13, 2016

Copies:   Jeff Lucini, Courtroom Deputy to Judge Gerald J. Pappert
         Docket Clerk - Case File

    Counsel:   Michael G. Hollander, Esq.
               Michael D. Pomerantz, Esq.