

COMMUNITY LEGAL SERVICES
OF PHILADELPHIA

October 7, 2016

**VIA ECF**

Honorable Gerald J. Pappert
United State District Court, E.D.Pa.
Room 5614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-7530

**RE:   Diaz v. Cousins, Inc, Ernesto Villico, and Cesare Villico (15-cv-6620-GJP)**

Dear Judge Pappert:

I represent the Plaintiff in the above-referenced action.  I write to inform the Court that this action has been settled by the parties

As part of the settlement, the parties have agreed to dismiss defendant Ernesto Villico without prejudice and dismiss the remainder of the case with prejudice.  I have filed under separate cover a joint stipulation to dismiss Ernest Villico without prejudice.  I further request by this letter that the Court enter an order dismissing the action pursuant to Local Rule 41.1(b).

Thank you for your consideration of this information.  Please contact me if the Court desires any additional information.

Respectfully,

Michael Hollander
Supervising Attorney

cc All Counsel of Record via ECF